AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Ruth | 2. Court or Organization<br><br>District Court, U.S. Virgin Islands | 3. Date of Report<br><br>05/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full time magistrate judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Ron de Lugo Federal Building
5500 Veterans Drive, 3rd Floor
St. Thomas, USVI 00802-0802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Royal Bermuda Yacht Club | June 19-24, 2018 | Hamilton, Bermuda | The Newport-Bermuda Race Jury | Transportation, lodging, partial meals |
| 2. | Chicago Yacht Club | July 18-26, 2018 | Chicago, Illinois and Mackinac Island, Michigan | Chicago Race to Mackinac Protest Committee | Transportation, lodging, some meals |
| 3. | Chicago Yacht Club | October 3-11, 2018 | Chicago, Illinois | Farr 40 World Championships Jury | Transportation, some meals |
| 4. | Santa Barbara Yacht Club | Cancelled | Santa Barbara, California | International Women's Keelboat Championships | Reimbursement for change fee for air tickets for cancelled event |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Third Bank | Mortgage on property in Chicago, IL | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property, Chicago, IL | C | Rent | N | W | | | | | |
| 2. Banco Popular de Puerto Rico account | | None | K | T | | | | | |
| 3. LPL Financial Inherited IRA account (H) | | | | | | | | | |
| 4. -VZ common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 5. -LPL Financial cash account | A | Interest | | | Closed | 08/24/18 | K | | |
| 6. -JP Morgan US Gov't Money Market Fund | A | Dividend | K | T | Buy | 08/24/18 | K | | |
| 7. -MO common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 8. -AEP common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 9. -AAPL common | A | Dividend | J | T | | | | | |
| 10. -BRK/B common | | None | | | Sold | 04/25/18 | K | D | |
| 11. -KO common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 12. -EMR common | A | Dividend | | | Sold | 04/25/18 | J | B | |
| 13. -GIS common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 14. -JNJ common | A | Dividend | | | Sold | 04/25/18 | J | B | |
| 15. -PM common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 16. -PG common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 17. -O common | A | Dividend | | | Sold | 04/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SO common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 19. -UPS common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 20. -WFC common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 21. -HCN common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 22. -Doubleline Total Return Bond Cl N | A | Dividend | | | Sold | 04/25/18 | K | | |
| 23. -JP Morgan Core Bond Cl A | A | Dividend | | | Sold | 04/25/18 | J | | |
| 24. -HSBC common | A | Dividend | | | Sold | 04/25/18 | J | C | |
| 25. -LNT common | A | Dividend | | | Sold | 04/25/18 | K | B | |
| 26. -PFE common | A | Dividend | | | Sold | 04/25/18 | J | B | |
| 27. -PPL common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 28. -ENB common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 29. -CMP common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 30. -D common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 31. -DUK common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 32. -IShares MSCI Emerging Markets ETF | | None | | | Sold | 04/25/18 | K | | |
| 33. -Mainstay Short Duration High Yield Cl A | A | Dividend | | | Sold | 04/25/18 | K | | |
| 34. -BND Vanguard Total Bond Market ETF | A | Dividend | K | T | Buy | 04/25/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -VWO Vanguard FTSE Emerg Markets ETF | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 36. -VBK Vanguard Sm Cap Growth ETF | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 37. -VBR Vanguard Sm Cap Value ETF | A | Dividend | K | T | Buy | 04/25/18 | K | | |
| 38. -VUG Vanguard Growth ETF | A | Dividend | L | T | Buy | 04/25/18 | L | | |
| 39. -VTV Vanguard Value ETF | A | Dividend | K | T | Buy | 04/25/18 | K | | |
| 40. -VOT Vanguard Mid Cap Growth ETF | A | Dividend | K | T | Buy | 04/25/18 | K | | |
| 41. -VOO Vanguard S&P 500 Index ETF | A | Dividend | L | T | Buy | 04/25/18 | L | | |
| 42. LPL Financial Investment account (H) | | | | | | | | | |
| 43. -AAPL common | A | Dividend | | | Sold | 04/25/18 | K | C | |
| 44. -T common | B | Dividend | | | Sold | 04/25/18 | K | B | |
| 45. -DUK common | A | Dividend | | | Sold | 04/25/18 | J | B | |
| 46. -PFE common | A | Dividend | | | Sold | 04/25/18 | K | C | |
| 47. -VZ common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 48. -LPL Financial Insured Cash Account | A | Interest | | | Closed | 08/20/18 | L | | |
| 49. -JP Morgan US Gov't Money Market Fund | A | Dividend | J | T | Buy | 08/20/18 | L | | |
| 50. | | | | | Redeemed (part) | 09/11/18 | J | | |
| 51. | | | | | Buy (add'l) | 10/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Miller, Ruth | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed (part) | 11/05/18 | K | | |
| 53. | | | | | Redeemed (part) | 11/28/18 | J | | |
| 54. | | | | | Redeemed (part) | 12/11/18 | J | | |
| 55. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 56. -LNT common | A | Dividend | | | Sold | 04/25/18 | K | B | |
| 57. -MO common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 58. -AEP common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 59. -BRK/B common | | None | | | Sold | 04/25/18 | K | C | |
| 60. -KO common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 61. -CMP common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 62. -D common | A | Dividend | | | Sold | 04/25/18 | K | | |
| 63. -EMR common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 64. -ENB common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 65. -GIS common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 66. -HSBC common | A | Dividend | | | Sold | 04/25/18 | J | B | |
| 67. -JNJ common | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 68. -PM common | A | Dividend | | | Sold | 04/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PPL common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 70. -PG common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 71. -O common | A | Dividend | | | Sold | 02/08/18 | J | | |
| 72. -SO common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 73. -UPS | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 74. -WFC common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 75. -HCN common | A | Dividend | | | Sold | 04/25/18 | J | | |
| 76. -Doubleline Total Return Bond Cl N | A | Dividend | | | Sold | 04/25/18 | K | | |
| 77. -JP Morgan Core Bond Cl A | A | Dividend | | | Sold | 04/25/18 | K | | |
| 78. -IShares MSCI Emerging Markets ETF | A | Dividend | | | Sold | 04/25/18 | K | | |
| 79. -Mainstay Short Duration High Yield Cl A | A | Dividend | | | Sold | 04/25/18 | K | | |
| 80. -AMZN common | | None | K | T | Buy | 02/05/18 | K | | |
| 81. -CSCO common | A | Dividend | K | T | Buy | 02/05/18 | K | | |
| 82. -BND Vanguard Total Bond Market ETF | A | Dividend | K | T | Buy | 04/25/18 | K | | |
| 83. -VBK Vanguard Sm Cap Growth ETF | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 84. -VBR Vanguard Sm Cap Value ETF | A | Dividend | K | T | Buy | 04/25/18 | K | | |
| 85. -VOO Vanguard S&P 500 Index ETF | B | Dividend | L | T | Buy | 04/25/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -VOT Vanguard Mid Cap Growth ETF | A | Dividend | L | T | Buy | 04/25/18 | L | | |
| 87. -VTV Vanguard Value ETF | B | Dividend | L | T | Buy | 04/25/18 | L | | |
| 88. -VUG Vanguard Growth ETF | B | Dividend | L | T | Buy | 04/25/18 | M | | |
| 89. -VWO Vanguard FTSE Emerg Markets ETF | A | Dividend | K | T | Buy | 04/25/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544